| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>WOOD, DIANE P | 2. Court or Organization<br><br>U.S. Court of Appeals, 7th Cir | 3. Date of Report<br><br>05/2/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>2602 U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604-1803 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Senior Lecturer in Law | The University of Chicago Law School |
| 2. Trustee (resigned 12/15/06) | Beloit College |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -8 A 9:1? FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/2/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | University of Chicago Salary (Total) | $ 24,780.00 |
| 2. 2006 | West Services, Inc. (Book Royalties) | $ 6,291.87 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Northwestern Feinberg School of Medicine |
| 2. 2006 | Self Employed Health Care Consultant |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Society of International Law | 1/12/06-1/13/06 - Advisory Board Meeting, New York, New York - T, L, F |
| 2. | University of Pennsylvania Law School | 1/26/06-1/27-06 - Moot Court Finals, Philadelphia, Pennsylvania - T, L, F |
| 3. | Beloit College | 2/3/06-2/4/06- Board of Trustees Meeting, Beloit, Wisconsin - L, F |
| 4. | University of Indiana Law School | 2/23/06-2/25/06 - Moot Court Finals, Indianapolis, Indiana - T, L, F |
| 5. | University of San Diego Law School | 3/2/06-3/5/06 - Moot Court Finals, San Diego, California - T, L, F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/2/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Reduced Fee Membership | $ 1,908.00 |
| 2. | West Publishing Co. | Complimentary Second Set of F3d | $ 1,903.97 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/2/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Teachers Insurance & Annuity Assn. (TIAA) | | None | M | T | | | | | |
| 2. College Retirement Equities Fund (CREF) | | None | N | T | | | | | |
| 3. Harris Bank of Chicago | A | Interest | J | T | N/A | | | | |
| 4. Charter One Bank | A | Interest | J | T | N/A | | | | |
| 5. Chase Bank | C | Interest | M | T | | | | | |
| 6. Acura Pharmaceuticals, Inc. | A | Dividend | J | T | | | | | |
| 7. ADC Telecommunications | A | Dividend | J | T | | | | | |
| 8. Ameriprise 403(b) | | | L | T | | | | | |
| 9. Avanir Pharmaceuticals | A | Dividend | J | T | | | | | |
| 10. Baird Insured Deposit | B | Interest | K | T | | | | | |
| 11. Bristol Myers | A | Dividend | J | T | | | | | |
| 12. Diomed Holdings | A | Dividend | J | T | | | | | |
| 13. Fastenal | B | Dividend | L | T | | | | | |
| 14. Fidelity NMFF 457(b) | | | K | T | | | | | |
| 15. Fidelity Northwestern 403(b) | | | O | T | | | | | |
| 16. Fidelity Rollover IRA | | | N | T | | | | | |
| 17. Fidelity SEP-IRA | | | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
    Q =Appraisal    V =Other    S =Assessment
    U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/2/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART IV. Reimbursements, continued.

Source            Description

6. University of Texas Law School 3/25/06-3/28/06 - Univ. of Texas Law School Clerkship Seminar,        Austin, Texas - T, L, F

7. U.S. Supreme Court      3/28/06 and 3/30/06 - Librar Project Meeting and Russian Judges Luncheon International Judicial Relations Committee Washington, D.C. - F

8. American Journal of International Law Board of Editors      3/29/06-3/31/06 - Annual Meeting of American Society of International Law, Washington, D.C. - F

9. American Bar Association- Antitrust Law Section      3/28/06-3/31/06 - ABA Antitrust Section Spring Council Meeting, Washington, D.C. - T,L, F

10. University of Missouri      4/6/06-4/8/06 – Class Action Symposium, Kansas Cit , Missouri - T, L, F

11. United States Agency for International Development      4/16/06-4/22/06 - USAID Women's Legal Rights Initiative, Antananarvio,      Madagascar -     T, L, F

12. University of Chicago Law School 5/14/06-5/17/06 – Annual Meeting of American Law Institute, Washington, D.C. - T, L, F

13. Seventh Circuit Court of Appeals 5/21/06-5/23/06 - Seventh Circuit Bar Association and Judicial Conference Annual Meeting, Chicago, IL - F

14. Administrative Office of the U.S. Courts      5/31/06-6/3/06 – International Judicial Relations Committee Meeting, Santa Fe, New Mexico - T, L, F

15. Federal Judicial Center      7/24/06-7/25/06 - 2006 National Sentencing Policy Institute, Washington, D.C. - T, L, F

16. United States Agency for International Development      8/13/06-8/18/06 - USAID Women's Legal Rights Initiative, Guatemala City, Guatemala - T, L, F

17. Georgetown University Law Center 9/27/06-9/29/07 - Conference on the State of the Judiciary, Washington, D.C. - T, L, F

18. American Bar Association Antitrust Section      9/29/06-10/1/06 - ABA Antitrust Masters Program, Kiawah Island, S.C. - T, L, F

19. American Law Institute      10/14/06 - American Law Institute Meeting, Philadelphia, Pennsylvania - T, F

20. National Conference of Bankruptcy Judges (NCBJ)      11/3/06-11/4/06 - Natl. Conference of Bankruptcy Judges (NCBJ)Annual Meeting, San Francisco, CA - T, L, F

21. St. John's University School of Law 11/08/06 - International Association of Judges Conference, New York, NY - T, L, F

22. Federal Judicial Center      11/12/06-11/14/06 - FJC/ASIL International Law and Litigation for U.S. Judges Program, Washington, D.C. - T, L, F

23. King's College London      11/15/06-11/18/06 - EC State Aid Conference, London, United Kingdom - T, L, F

24. American Law Institute      12/7/06-12/8/06 - American Law Institute Meeting, Philadelphia, Pennsylvania -      T, L, F

PART III and PART VII.

NOTE: On June 10, 2006, I ████████████████ This financial report therefore adds all pertinent information relating to ████ and it therefore includes numerous changes compared with my 2005 form.

PART VII. Investments and Trusts.

NOTE: The TIAA and CREF accounts reported in Part VII are not income-producing. The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

| Name of Person Reporting | Date of Report |
| --- | --- |
| WOOD, DIANE P | 05/2/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Continued:

18. GE            A Dividend J T

19. Jacuzzi Brands, Inc.        A Dividend J T

20. M & I (Marshall & Ilsley) Bank A Interest J T

21. Midwest Air            A Dividend J T

22. Multilink Telecommunications A Dividend J T

23. RC2 Corporation        A Dividend J T

24. Silverado Gold Fields        A Dividend J T

25. Sun Microsystems        A Dividend J T

26. W&T Offshore        A Dividend J T

27. Walmart de Mexico        A Dividend K T

28. Wells Fargo            D Dividend M T

29. Whole Foods            C Dividend M T

30. Zimmer Medical Holdings        A Dividend J T

31. Rental house (Toepfer Ave.)        A Rent N S

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/2/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮    Date _May 2, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544